

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D

JAN 3 1 2006

J. T. NOBLIN, CLERK
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

CARL WAYNE WATTS, #77138                                             PLAINTIFF

VS.                                        CIVIL ACTION NO. 4:05CV70LN

BETH DOGGETT                                                         DEFENDANT

---

### FINAL JUDGMENT

Upon due consideration of the testimony and evidence given at the Omnibus Hearing on January 23, 2006, as well as the Plaintiff's records before this court,

IT IS, HEREBY, ORDERED AND ADJUDGED:

1.      The Plaintiff's complaint lacks an arguable basis in fact or in law;

2.      The Plaintiff's complaint fails to state a claim on which relief may be granted; and

3.      The Plaintiff's complaint is appropriately dismissed with prejudice under 28 U.S.C. §1915(e)(2)(B)(i) and (ii), and a Final Judgment in favor of the Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 31st day of January, 2006

                              S/Alfred G. Nicols, Jr.
                    UNITED STATES MAGISTRATE JUDGE